DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KERRY A. MONACO (NYBN 4712360)
Trial Attorney, U.S. Department of Justice

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF DONALD KOLLMAR | CASE NO. 5:20-CV-01388-LHK<br><br>UNITED STATES' MOTION TO FILE OPPOSITION BRIEF IN EXCESS OF 25 PAGES |

    The United States hereby seeks leave to file an opposition brief in response to Kollmar's Habeas in excess of the 25 page limit imposed by Civil Local Rule 7-3. Kollmar's brief in support of his motion was 44 pages long, and the government seeks to file an opposition brief not to exceed that filed by Kollmar. The government does not object to Kollmar's brief in excess of 25 pages, and would like to fully respond to the issues Kollmar has raised, as well as to apprise the Court of the details of the

///

///

///

///

U.S. MOTION AND [PROPOSED] ORDER TO FILE OPP. BRIEF IN EXCESS OF 25 PAGES
Case No. 5:20-CV-01388-LHK

1  allegations against him and the procedural history of the matter.  For these reasons, the government
2  seeks leave to file a brief in excess of 25 pages but less than 44 pages.

4  DATED: April 23, 2020                              Respectfully submitted,

5                                                                          DAVID L. ANDERSON

7                                                                          _____/s/_____
                                                                           MAUREEN C. BESSETTE
                                                                           Assistant United States Attorney

                                                                           KERRY A. MONACO
9                                                                          Trial Attorney

## [PROPOSED] ORDER

For good cause shown, the Court GRANTS the defendant's motion for leave to file a brief that exceeds the applicable page limit in Civil L.R. 7-3.

IT IS SO ORDERED.

DATED: April ____, 2020

                                                                           _____
                                                                           HONORABLE LUCY H. KOH
                                                                           United States District Judge