COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Arrestee
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD KOLLMAR,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>*Respondent*. | Case No. 20 Cv 1388 LHK<br><br>[PROPOSED] ORDER RE BRIEFING SCHEDULE<br><br><br><br>THE HONORABLE LUCY H. KOH<br>UNITED STATES DISTRICT JUDGE |

1 | Based on the stipulation of the parties, and for good cause shown, the Court ORDERS that Petitioner Kollmar may file his reply brief on or before June 2, 2020.

**IT IS SO ORDERED**.

DATED: May 26, 2020

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE