COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Petitioner
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD KOLLMAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES PRETRIAL SERVICES NORTHERN DISTRICT OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 20 Cv 1388 LHK<br><br>ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS; [PROPOSED] ORDER<br><br>Before the Hon. Lucy H. Koh<br>United States District Judge |

**MOTION**

Petitioner Donald Kollmar, by and through his counsel, hereby respectfully requests that the Court issue an Order authorizing the filing of the Memorandum in Support of his petition for habeas corpus (running to 42 pages) and his reply brief in support of his petition, filed this day (and running to 17 pages). Although Civil Local Rules 3-4, 7-3, and 7-4 are directed at motion practice, and not habeas petitions, and because the Habeas Corpus Local Rules are directed at section 2254 petitions (and do not provide for page limitations) and not cases like this one, addressing a section 2241 petition, petitioner follows the course presented by the Government, *see* ECF 11, and seeks an Order from the Court authorizing the filing of both briefs. Based on the subject matter and detailed factual and legal arguments presented by petitioner's section 2241 claims, counsel respectfully contends that petitioner should be authorized to file an opening brief running to 42 pages, and a reply brief running to 17 pages, so as to ensure a complete presentation of the issues to the Court. The Government has previously notified petitioner and the Court that it has no objection to the length of petitioner's initial memorandum of points and authorities, and although counsel inquired about the reply brief earlier this day, the Government (understandably) has not yet provided its position regarding the length of petitioner's reply brief.

For these reasons, petitioner respectfully requests the issuance of an Order authorizing the filing of these briefs.

Respectfully submitted,

DATED: June 2, 2020                    COLEMAN & BALOGH LLP

                                      */s/ E A Balogh*
By:  ETHAN A. BALOGH
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Direct: 415.391.0441

Attorneys for Petitioner
DONALD KOLLMAR