COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Petitioner
DONALD KOLLMAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD KOLLMAR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent. | Case No. 20 Cv 1388 LHK<br><br>[PROPOSED] ORDER<br><br>Before the Hon. Lucy H. Koh<br>United States District Judge |

[PROPOSED] ORDER to Exceed Page Limit
Case No. 20 Cv 1388 LHK

**[PROPOSED] ORDER**

Based upon the application filed by petitioner, and for good cause shown, the Court ORDERS that it approves filing of petitioner's 42-page memorandum in support of his 28 U.S.C. § 2241 petition for habeas corpus, previously filed at ECF 1-1, and further ORDERS that petitioner is authorized to and may file a reply memorandum of 17 pages.

IT IS SO ORDERED.

DATED: June __, 2020

_____
THE HONORABLE LUCY H, KOH
UNITED STATES DISTRICT JUDGE