# EXHIBIT A

AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the

Northern District of California

MAY 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

|  |  |
|---|---|
| In the Matter of the Extradition<br>of DON KOLLMAR AKA DONALD KOLLMAR | Case No.  **4-19-70677** |
|  | **MAG** |

_____
            *Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1974-1977_____ in the county of _____Canada_____ in the
_____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 3184 | Being a fugitive from Canada, which has sought his provisional arrest with a view towards extradition on the charges of indecent assault on a female, in violation of section 149 of the Criminal Code of Canada (CCC), rape, in violation of section 143(b)(iii) of the Criminal Code of Canada (CCC), and rape of a female, in violation of section 146(2) of the Criminal Code of Canada (CCC), pursuant to the extradition treaty between the United States and Canada, and Title 18 U.S.C., Section 3184. |

This criminal complaint is based on these facts:

See attached complaint

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Maureen C. Bessette, AUSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  5/1/19

_____
*Judge's signature*

City and state:  Oakland, CA

Honorable Kandis A. Westmore
*Printed name and title*

Document No.

District Court
Criminal Case Processing

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF          )
THE EXTRADITION OF      )       Misc. No.
DON KOLLMAR            )
A/K/A                    )
DONALD KOLLMAR      )

## COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Canada.

2. There is an extradition treaty in force between the United States and Canada, the Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, *as amended by* the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990), *and* the Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002) (collectively, the "Treaty").

3. The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of Don KOLLMAR ("KOLLMAR") (DOB: July 29, 1951), with a view toward his extradition.

5. According to the information provided by the Government of Canada, KOLLMAR is wanted in that country for Indecent Assault on a Female, contrary to the Criminal Code of Canada (the "CCC") § 149; Rape, contrary to CCC § 143(b)(iii), and Rape of a Female, contrary to CCC § 146(2). These offenses were committed within the jurisdiction of Canada.

6. On November 28, 2018, an Information was sworn before the Hon. Justice of the Peace A. Costa of the Ontario Court of Justice in Toronto, Ontario. The Information charges KOLLMAR with one count of Indecent Assault on a Female, in violation of CCC § 149 ("Count 1"); one count of Rape, in violation of CCC § 143(b)(iii) ("Count 2"); and one count of Rape of a Female, in violation of CCC § 146(2) ("Count 3").

7. On December 24, 2018, the Hon. Justice of the Peace M.J. Callahan of the Ontario Court of Justice issued a warrant for KOLLMAR's arrest, which remains outstanding, based on the following facts:

    a. In 1997, B.B. (DOB: October 13, 1962) reported to Canadian law enforcement authorities that KOLLMAR had sexually assaulted her during the time that she and her family belonged to a religious group named "Students of Light." The victim's family joined the "Students of Light" in Toronto, Ontario in 1974 when the victim was eleven (11) or twelve (12) years old. KOLLMAR was also a member of this group and had a close connection to the group's leader. KOLLMAR's role within the group was to teach and enlist new members.

    b. According to B.B., KOLLMAR spent time with her under the guise of providing her with instruction on the group's beliefs. However, during their time alone, KOLLMAR would remove B.B.'s clothing and massage her body, including her breasts.

2

c.      Beginning in 1975, when B.B. was twelve (12) or thirteen (13) years old, KOLLMAR began fondling B.B.'s breasts under her clothing and lying on top of her while rubbing his groin against her. KOLLMAR also touched B.B.'s genital area and inserted his fingers into her vagina.

d.      The weekend of Mother's Day 1977, when B.B. was fourteen (14) years old, she and KOLLMAR were alone in his van. While naked, KOLLMAR got on top of B.B. and rubbed his penis against her vagina. He then placed part of his penis inside her vagina. KOLLMAR masturbated B.B., and also had her masturbate him.

e.      B.B. described her relationship with KOLLMAR to Canadian authorities by saying that KOLLMAR was a spiritual leader "chosen by God." In turn, she felt that she was "chosen by God to be with him." Throughout their relationship, KOLLMAR told B.B. that he intended to marry her when she turned sixteen (16). Accordingly, B.B. felt that it was her "responsibility" and "honour to be with him, and married to him."

f.       When she was sixteen (16) years old, B.B. reported KOLLMAR's behavior to her parents. However, B.B.'s parents apparently consulted with a lawyer provided by the religious group, who advised them against lodging a formal complaint.

e.      Following B.B.'s statement to Canadian authorities in 1997, an initial arrest warrant for KOLLMAR was issued.

f.       In July 2017, Canadian authorities observed a photograph of a man named Don Kollmar on a spiritual website advertising "Complete Self Attunement." B.B. identified the individual in the photograph as that of the man who had sexually assaulted her as a child.

8.      The offenses with which KOLLMAR is charged are provided for in Article 2 of the

Treaty.

9.      KOLLMAR is currently located in the Northern District of California.  Specifically, according to Canadian authorities, KOLLMAR recently arrived in San Francisco, California, by plane from Amsterdam, to attend a conference in Santa Cruz, California, from April 27, 2019, to May 3, 2019.  The conference is entitled "CFC NOW INTENSIVE" and is advertised on his entitled, "Complete Self Attunement."

10.     The Government of Canada has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

11.     KOLLMAR likely would flee if he learned of the existence of a warrant for his arrest.

        WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the Treaty, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

Maureen Bessette
Assistant United States Attorney
Northern District of California


Sworn to before me and subscribed in my presence this 1st day of May, 2019, in Oakland, California.

HON. KANDIS A. WESTMORE
United States Magistrate Judge

4