BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD KOLLMAR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>Defendant. | Case No. 5:20-cv-01388-LHK<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND HOME CONFINEMENT; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD KOLLMAR,<br><br>Defendant. | Case No. 19-mj-70677-MAG |

Petitioner Donald Kollmar, through undersigned counsel, and United States Pretrial Services, through Assistant United States Attorney Maureen Bessette, hereby stipulate to modify Mr. Kollmar's conditions of release to replace his former legal counsel Ethan Balogh with his new legal counsel Martha Boersch, and allow him to leave his place of home confinement to travel to Ms. Boersch's office at 1611 Telegraph Avenue, Suite 806, Oakland, CA. Mr. Kollmar's current conditions of release allow him to leave home confinement for the purpose of visiting with his former counsel, Ethan Balogh. On July 28, 2021 Ethan Balogh withdrew as counsel of record and Ms. Boersch substituted in his place. ECF 19. Mr. Kollmar's Pretrial Services officer, Tim Elder, agrees with the proposed modification.

IT IS SO STIPULATED.

Dated: September 3, 2021

BOERSCH & ILLOVSKY LLP

 /s/Martha Boersch 
Martha Boersch
Attorney for Petitioner
Donald Kollmar

Dated: September 3, 2021

 /s/Maureen Bessette 
Maureen Bessette
Attorney for Respondent
United States Pretrial Services, Northern District of California

# [PROPOSED] ORDER

Having reviewed the forgoing stipulation and good cause having been shown IT IS HEREBY ORDERED that Mr. Kollmar's conditions of release are modified to reflect Ms. Boersch as his legal counsel and to allow Mr. Kollmar to leave his place of home confinement for attorney visits at 1611 telegraph Avenue, Suite 806, Oakland, California.

Dated: September 17, 2021

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge