1  BOERSCH & ILLOVSKY LLP
   Martha Boersch (State Bar No. 126569)
2  martha@boersch-illovsky.com
   1611 Telegraph Ave., Ste. 806
3  Oakland, CA 94612
4  Telephone: (415) 500-6640

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

12  DONALD KOLLMAR,                          Case No. 5:20-cv-01388-LHK

13                    Petitioner,            **NOTICE OF WITHDRAWAL AND**
                                             **SUBSTITUTION OF COUNSEL AND**
14           v.                              **[PROPOSED] ORDER**

15  UNITED STATES PRETRIAL SERVICES,
    NORTHERN DISTRICT OF CALIFORNIA,
16
                      Defendant.
17

18
            PLEASE TAKE NOTICE that Petitioner DONALD KOLLMAR has retained Martha
19
    Boersch of Boersch & Illovsky to substitute as counsel for Ethan Balogh in the above-captioned
20
    matter.
21
            Withdrawing counsel for Mr. Kollmar:
22
                            Ethan Balogh
23                          eab@balcolaw.com
                            Balogh & Co., APC
24                          100 Pine Street, Suite 1250
                            San Francisco, CA 94111
25                          Telephone: (415) 391-0440

26

27

28
                                                           NOTICE OF SUBSTITUTION
                                                                      OF COUNSEL
                                                           Case No.: 5:20-cv-01388-LHK

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Petitioner Donald Kollmar:

>Martha Boersch (State Bar No. 126569)
>martha@boersch-illovsky.com
>1611 Telegraph Ave., Ste. 806
>Oakland, CA 94612
>Telephone: (415) 500-6640

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  July 28, 2021                                       BALOGH & CO., APC

                                                             _/s/Ethan Balogh_____
                                                             Ethan Balogh

Dated:  July 28, 2021                                       BOERSCH & ILLOVSKY LLP

                                                             _/s/Martha Boersch_____ _____
                                                             Martha Boersch


### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: September 17, 2021          _____/s/ Lucy H. Koh_____
                                                             HONORABLE LUCY H. KOH
                                                             United States District Judge