UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KOLLMAR,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Defendant. | Case No. 20-cv-01388-JST<br><br>**ORDER SETTING PETITION FOR HEARING**<br><br>Re: ECF No. 1 |

The Court now sets the petition for writ of habeas corpus for hearing on April 11, 2022 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 25, 2022



JON S. TIGAR
United States District Judge