1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4

5  KERRY A. MONACO (NYBN 4712360)
   Trial Attorney, U.S. Department of Justice
   MAUREEN C. BESSETTE (CABN 165775)
6  Assistant United States Attorney

7
        1301 Clay Street, Suite 340S
8       Oakland, California 94612
        Telephone: (510) 637-3680
9       Fax: (510) 637-3724
        Maureen.bessette@usdoj.gov
10      Kerry.Monaco2@usdoj.gov

11

12  Attorneys for United States of America

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16  DONALD KOLLMAR,                   )  CASE NO. 4:20-CV-01388
                                      )
17  V.                                )  NOTICE OF ATTORNEY APPEARANCE
                                      )
18  UNITED STATES PRETRIAL SERVICES,  )
                                      )
19  _____  )

20         Please take notice that, as of April 7, 2022, the Trial Attorney whose name, address, telephone

21  number, and e-mail address are listed below is assigned to be additional counsel for the government:

22
           KERRY A. MONACO (NY Bar 4712360)
23         Trial Attorney
           Office of International Affairs
24         Criminal Division
           U.S. Department of Justice
25         1301 New York Avenue NW
           Washington, DC  20530
26         (202) 616-4798
           Kerry.Monaco2@usdoj.gov
27

28  NOTICE OF ATTORNEY APPEARANCE
    CASE NO. 4:20-cv-01388
                                        1

1       Accordingly, the United States of America respectfully requests the Clerk to update the docket

2   sheet and other Court records so as to reflect that all future ECF filings, notices, correspondence,

3   pleadings, orders, and communications from the Court will also be directed to Kerry A. Monaco, Trial

4   Attorney, per the above contact information.

5

6   DATED: April 7, 2022                                Respectfully submitted,

7                                                       STEPHANIE M. HINDS
8                                                       United States Attorney

9                                                       /s/ Kerry A. Monaco
                                                        KERRY A. MONACO
10                                                      Trial Attorney, U.S. Department of Justice
                                                        MAUREEN C. BESSETTE
11                                                      Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ATTORNEY APPEARANCE
CASE NO. 4:20-cv-01388