BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Petitioner
Donald Kollmar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DONALD KOLLMAR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent. | Case No. 20-cv-01388-JST<br><br>**DECLARATION OF MARTHA BOERSCH IN SUPPORT OF MOTION FOR STAY PENDING APPEAL AND FOR MODIFICATION OF BAIL TO PERMIT DONALD KOLLMAR TO TRAVEL DIRECTLY TO CANADA IMMEDIATELY**<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom:  6, Hon. Jon S. Tigar |

I, Martha Boersch, declare as follows:

1. I am an attorney licensed to practice in the courts of the State of California and this Court.  I am the attorney of record for defendant Donald Kollmar since September 17, 2021.

2. I have personal knowledge of the information set forth below, and, if called as a witness, I could and would competently testify thereto.

3. On October 12, 2021, I contacted Maureen Bessette, counsel of record for the government to determine whether the government would agree to allow Mr. Kollmar to return to Canada without first being held in custody in Santa Rita jail for an indeterminate amount of time.  No agreement was reached with the government.  Ms. Bessette later informed me that the government

could not agree to any procedure that did not involve Mr. Kollmar being taken into custody once the State Department issues a surrender warrant. Ms Bessette informed me that she would use best efforts to expedite the process, but the amount of time Mr. Kollmar might spend in custody at Santa Rita could not be determined or guaranteed.

4. On or about May 16, 2022, I again spoke to Ms. Bessette and again asked whether the government would agree to some procedure that would avoid Mr. Kollmar spending an indeterminate amount of time in custody in Santa Rita jail. Ms. Bessette again informed me that the government would not agree to any procedure that would allow Mr. Kollmar to avoid spending time in custody in Santa Rita jail upon issuance of a surrender warrant by the State Department and it could not predict or guarantee how long Mr. Kollmar might spend in custody.

5. On June 7, 2022, I spoke to counsel for the government to ask whether the government would agree to vacate the briefing schedule at least until resolution of the motion to stay and the government declined.

I declare under penalty of perjury under the law of the state of California and the United States that the foregoing is true and correct.

Executed this 7th day of June, 2022 at Oakland, California.

*/s/ Martha Boersch*
Martha Boersch