BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Petitioner
Donald Kollmar

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD KOLLMAR,<br><br>            Petitioner,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>            Respondent. | Case No. 20-cv-01388-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR STAY PENDING APPEAL AND FOR MODIFICATION OF BAIL TO PERMIT DONALD KOLLMAR TO TRAVEL DIRECTLY TO CANADA IMMEDIATELY**<br><br>Date:  June 28, 2022<br>Time:  10:30 am<br>Courtroom:  6, Hon. Jon S. Tigar |

Before the Court is Defendant Donald Kollmar's Motion for Stay Pending Appeal and for Modification of Bail to Permit Donald Kollmar to Travel Directly to Canada. Having reviewed the foregoing motion and GOOD CAUSE HAVING BEEN SHOWN, this matter is hereby stayed pending resolution of Mr. Kollmar's appeal of the April 27 Order.

It is further ORDERED that Mr. Kollmar's release conditions are modified to allow his direct non-stop air travel to Canada on a date and time certain known to the parties.

IT IS SO ORDERED.

Date: _____

_____
HON. JON S. TIGAR
United States District Judge