UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KOLLMAR,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>    Respondent. | Case No. 20-cv-01388-JST<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR ISSUANCE OF FINAL ORDER; ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: ECF Nos. 1, 39 |

On February 10, 2020, Magistrate Judge Kandis A. Westmore granted the United States' request for a certificate of extraditability of Petitioner Donald Kollmar on rape and indecent assault charges and ordered "that a warrant may issue for the surrender of Donald Kollmar to Canada." ECF No. 15-41. On April 27, 2022, this Court held "that Kollmar may be extradited on the rape charge but remand[ed] the case to the magistrate judge for a finding of whether the conduct underlying the indecent assault charge would be criminal in the United States." ECF No. 32 at 21. On July 18, 2022, Judge Westmore concluded that "the conduct underlying the Indecent Assault charge would be criminal in the United States with respect to certain acts, which thus qualifies the dual criminality requirement." *United States v. Kollmar*, Case No. 19-mj-70677-MAG, ECF No. 102 at 1.

On July 20, 2022, Kollmar filed what he characterized as an unopposed motion for issuance of a final order on Kollmar's habeas petition. ECF No. 39. The deadline to file an opposition has passed, and no opposition has been filed. Accordingly, Kollmar's motion is granted.

Neither party seeks review of Judge Westmore's conclusion regarding the indecent assault

1  charge, and the Court now denies Kollmar's habeas petition in its entirety.

2  The Clerk shall enter judgment and close the file.

3  **IT IS SO ORDERED.**

4  Dated: August 4, 2022



JON S. TIGAR
United States District Judge