# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KOLLMAR,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES PRETRIAL SERVICES, NORTHERN DISTRICT OF CALIFORNIA,<br><br>             Defendant. | Case No. 20-cv-01388-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 41 |

Pursuant to the Order Granting Petitioner's Motion for Issuance of Final Order; Order Denying Petition for Writ of Habeas Corpus signed August 5, 2022, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 5, 2022

                                          Mark B. Busby
                                          Clerk, United States District Court

                                          Mark B. Busby
                                          By:_____
                                          Mauriona Lee, Deputy Clerk to the
                                          Honorable JON S. TIGAR